# STATE

v.

# Stephen R. EAQUELLO et al.

## No. 82–406–M.P.

Supreme Court of Rhode Island.

Oct. 15, 1982.

Dennis J. Roberts II, Atty. Gen., for plaintiff-respondent.

Edwards & Angell, Joseph V. Cavanagh, Jr., Providence, for Providence Journal Company-petitioner.

## ORDER

Petition for certiorari and petitioner's motion for stay are hereby denied.